IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER M. EVANS and | ) | Judge Jack B. Schmetterer |
| JUNE R. LICATA-EVANS | ) | |
| | ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) | |
| | ) | Hearing: December 10, 2009 at 10:00 a.m. |

## NOTICE OF MOTION

To:    See attached service list

PLEASE TAKE NOTICE that on December 10, 2009, at 10:00 a.m., I shall appear before the Honorable Jack B. Schmetterer, or any other Judge sitting in his stead, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and shall then and there present the Debtors' **Application to Employ Attorneys for Debtors**, a copy of which is enclosed and is herewith served upon you, and at which time and place you may appear and be heard.

/s/ Forrest L. Ingram
One of Debtors' attorneys

Forrest L. Ingram, Esq. # 3129032
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Vik Chaudhry, an attorney, certify that I caused a true and correct copy of the foregoing notice and the document to which it refers to be served upon the parties listed on the attached service list, either by ECF electronic delivery or by regular mail, as indicated on the list, by 5:00 P.M. on December 2, 2009.

/s/ Vik Chaudhry

## SERVICE LIST

**By ECF Notice:**

William T. Neary
Office of the U.S. Trustee, Region 11
219 South Dearborn, 8th Floor
Chicago, IL 60606

**By Regular Mail:**

Christopher Evans
526 N. Lombard Ave., Apt. #2
Oak Park, IL 60302

June R. Licata-Evans
842 N. Oak Park Ave.
Oak Park, IL 60302

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER M. EVANS and. | ) | Judge Jack B. Schmetterer |
| JUNE R. LICATA-EVANS | ) | |
| | ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) | |
| | ) | Hearing: December 10, 2009 at 10:00 a.m. |

## APPLICATION TO EMPLOY ATTORNEYS FOR DEBTORS

NOW COME the Debtors and Debtors in Possession CHRISTOPHER M. EVANS, and JUNE R. LICATA EVANS (the "Debtors"), and apply to this Honorable Court for authority to employ the attorneys of Forrest L. Ingram, P.C. (hereinafter the "Attorneys"), as attorneys for the Debtors, for these reasons:

1. On October 23, 2009, the Debtors filed a voluntary petition under Chapter 11, Title 11, United States Code.

2. The Debtors are individuals who reside at different addresses in Oak Park, Illinois.

3. The Debtors will need to be represented by competent Chapter 11 counsel, and to that end seek to employ the Attorneys on a retainer of $8,000.00, plus a filing fee of $1,039.00, in accordance with the Engagement Agreement attached hereto as **Exhibit A**. Pursuant to the Engagement Agreement, the services of Forrest L. Ingram shall be billed at $440 per hour, associate attorneys will be billed at $175 to $250 per hour, depending on the associate performing the service, and clerks at $90 per hour.

4. Forrest L. Ingram has considerable experience in Chapter 11 proceedings and therefore is well qualified to represent the Debtors and Debtors in Possession. Among the many Chapter 11 Debtors whom Forrest L. Ingram, P.C. has represented are: Del Ricco Brothers Construction, Inc., 88 B 13909 (confirmed); American Underground Engineering, Inc., 88 B

18726 (confirmed); Gojko and Andjelka Ilic, 92 B 14006 (confirmed); Spiers Graff Spiers [a partnership], 93 B 9928 (confirmed); Dr. Galo L. Tan, M.D.S.C. 95 B 25772 (confirmed); Emerald Sewer and Plumbing, 97 B 17793 (confirmed); Midwest Imports International, Inc., 97 B7826 (confirmed); Chicago Security, Inc., 96 B 8254 (confirmed); Career Dimensions, Inc. 97 B 5418 (confirmed); Michael Kuchejda, 99 B 13732 (confirmed); Marjorie Lynn Mungo, 00 B 20606 (confirmed); Headline Promotions, Inc., 00 B 24010 (confirmed); James E. Collins, 00 B 6016 (confirmed); A&K Construction Co., Inc., 01 B 20980 (confirmed); Stanley and Lillian Golba, 01 B 04142 (confirmed); Zepeda Construction Services, Inc., 02 B 18501 (confirmed); Richard and Pamela Kortan, 07 B 12018 (confirmed); David Kortan, 07 B 18547 (confirmed); Brook Architecture, Inc., 08 B 24913 (confirmed); New Mount Olive Church of God in Christ, 08 B18742 (confirmed); Thomas Mechanical Corp., 08 B 19687 (confirmed); and Amy and Gary Arbuckle, 08 B 09778 (confirmed).

5. It is in the best interests of the estate of the Debtors and its creditors that the Debtors and Debtors in Possession be authorized to employ the Attorneys to represent them in these proceedings.

6. The Attorneys will render professional services, as follows:

(a) To advise and consult with the Debtors about their legal status and obligations and duties as Debtors in Possession;
(b) To aid the Debtors in negotiations with their creditors and in the drafting of a Plan of Reorganization;
(c) To advise and consult with the Debtors regarding claims that may be inappropriately filed or filed in error and to prepare and litigate objections thereto;
(d) To prepare motions, applications, and other court papers and to appear before the Court regarding such matters as set forth in said court papers and to seek relief in accordance with said court papers, together with the preparation of the necessary orders thereto;
(e) To defend actions that may be instituted against the Debtors in these proceedings, and to litigate matters relating to said proceedings; and
(f) To perform and do all legal services that may be required by the Debtors in connection with, among other things, preserving the property of the estate and other activities incident to these proceedings.

7. The Attorneys will **not** render any accounting services to the Debtors or prepare or file any tax returns on behalf of the Debtors.

8. To the best of their knowledge, the Attorneys have no material connection with the Debtors and Debtors in Possession, its creditors or any other parties in interest or their respective attorneys. See the Affidavits of Proposed Attorneys, attached as **Exhibit B**.

**WHEREFORE**, the Debtors and Debtors in Possession prays that they be authorized, pursuant to 11 U.S.C. § 327(a), to employ Forrest L. Ingram P.C., on a retainer of $8,000.00, to represent the Debtors and Debtors in Possession in this Chapter 11 case in accordance with the attached Engagement Agreement.

        Respectfully submitted,

        CHRISTOPHER M. EVANS and JUNE R. LICATA EVANS

By:   /s/ FORREST L. INGRAM
       One of its attorneys

Forrest L. Ingram  ARDC #3129032
79 West Monroe Street, Suite 900
Chicago, IL 60603-4907
(312) 759-2838