# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER M. EVANS and. | ) | Judge Jack B. Schmetterer |
| JUNE R. LICATA-EVANS | ) | |
| | ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) | |
| | ) | Hearing: December 10, 2009 at 10:00 a.m. |

## ORDER ALLOWING EMPLOYMENT OF ATTORNEYS

This matter came to be heard on the Motion of the Debtors and Debtors in Possession, CHRISTOPHER M. EVANS and JUNE R. LICATA-EVANS, for authority to employ the attorneys of Forrest L. Ingram, P.C. as their attorneys in this Chapter 11 case, proper notice having been provided and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED** that the Debtors and Debtors in Possession are authorized, pursuant to 11 U.S.C. § 327(a), to employ the attorneys of Forrest L. Ingram, P.C., retroactive to October 23, 2009, to represent the Debtors and Debtors in Possession in this Chapter 11 case in accordance with the Engagement Agreement between the parties.

Dated:                                      BY THE COURT

                                            _____
                                            The Honorable Jack B. Schmetterer
                                            United States Bankruptcy Judge


Forrest L. Ingram, Esq.  #3129032
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838