## U. S. TRUSTEE QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CHRISTOPHER EVANS
CASE NAME: JUNE LICATA-EVANS    CASE NO.: 09-40000

FOR CALENDAR QUARTER ENDING December 31, 2009

### DISBURSEMENTS*

1.  | MONTH | DISBURSEMENTS |
    |---|---|
    | OCTOBER 2009 | $ 4827.56 |
    | NOVEMBER 2009 | $ 5319.45 |
    | DECEMBER 2009 | $ 10167.68 |
    | TOTAL DISBURSEMENTS FOR QUARTER | $ 20314.69 |

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. §1930(A)(6)    $ 325.00

3. QUARTERLY FEE PAID (Attach proof of payment)    $ 325.00

4. AMOUNT OF UNPAID FEES (IF ANY)    $ 0

I, CHRISTOPHER EVANS, JUNE LICATA-EVANS, acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 01.15.2010    _____
For the Debtor In Possession (Trustee) (Plan Administrator)

(Print or type name and capacity of person signing this Declaration).    CHRISTOPHER EVANS
JUNE LICATA-EVANS

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

EXHIBIT "D"