**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER M. EVANS and. | ) | Judge Jack B. Schmetterer |
|    JUNE R. LICATA-EVANS | ) | |
| | ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) | |
| | ) | Hearing: February 16, 2010 |

**NOTICE OF MOTION**

To:   See attached service list

     PLEASE TAKE NOTICE that on February 16, 2010 at 10:00 AM**,** I shall appear before the Honorable Jack B. Schmetterer, or any other Judge sitting in his stead, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and shall then and there present the Debtors' **Motion to Abandon property,** a copy of which is enclosed and is herewith served upon you, and at which time and place you may appear and be heard.

                                                       /s/ Philip Groben_____
                                                       One of Debtors' attorneys

Forrest L. Ingram #3129032
Philip Groben
Vik Chaudhry
Michael Ohlman
Forrest L. Ingram P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

**CERTIFICATE OF SERVICE**

     I, Philip Groben, an attorney, certify that I caused a true and correct copy of the above and foregoing notice and the document to which it refers to be served upon the parties listed below, via electronic delivery and U.S. Mail, as indicated on the list, on February 5, 2010.

                                                       /s/ Philip Groben

## SERVICE LIST

**Via CM/ECF**
**US Trustee**
William T. Neary
Office of the United States Trustee
Northern District of Illinois
219 S. Dearborn St., Room 873
Chicago, IL 60604

**Via U.S. Mail**
**Christopher Evans**
526 N. Lombard Ave., Apt. #2
Oak Park, IL 60302

**June R. Licata-Evans**
842 N. Oak Park Ave.
Oak Park, IL 60302

**Countrywide Home Lending**
Attention: Bankruptcy: SV-314B
PO Box 5170
Simi Valley, CA 93062

**E*Trade**
c/o CLC Consumer Services
2730 Liberty Ave.
Pittsburgh, PA 15222

**E*Trade**
PO Box 205
Waterloo, IA 50704

**Orange County Credit Union**
Attn: Account Services
15442 Del Amo Ave.
Tustin, CA 92780

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER M. EVANS and. | ) | Judge Jack B. Schmetterer |
| JUNE R. LICATA-EVANS | ) | |
| | ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) | |
| | ) | Hearing: February 16, 2010 |

**DEBTORS' MOTION TO ABANDON PROPERTY PURSUANT TO § 554**

Debtors and Debtors in Possession, CHRISTOPHER M. EVANS and JUNE R. LICATA-EVANS (collectively the "Debtors"), by and through its attorneys at Forrest L. Ingram, P.C., hereby moves this Honorable Court for entry of an order authorizing abandonment of real estate owned by the Debtors located at 1897 Almagro Lane, Escondido, CA. In support thereof, the Debtor states as follows:

1.  On October 23, 2009 (the "Petition Date"), the Debtors filed their voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code, ("Bankruptcy Code"), and has continued in possession of their assets pursuant to Bankruptcy Code §§ 1107 and 1108.

2.  The Debtors currently reside in Oak Park, IL. Before moving to Illinois, the Debtors resided at 1897 Almagro Lane, Escondido CA (the "Almagro Property").

3.  Section 554 of the Bankruptcy Code grants the trustee the power to abandon any property which is burdensome to the estate or is of inconsequential value and benefit to the estate.

4.  The decision to abandon property of the estate rests in the Debtors' business judgment. *See In re Cult Awareness Network*, 205 B.R. 575, 579 (Bankr. N.D. Ill., 1997).

5.  Debtors' Schedule A lists the fair market value of Almagro at $600,000.00. Zillow.com reports as estimated value as of February 3, 2010 of $468,000.00.

6. Debtor's schedules lists two secured claims with liens on the Almagro Property. The senior lien is held by Countrywide Home Lending ("Countrywide") in the amount of $491,324.00. The junior lien is held by E*Trade in the amount of $242,175.00. E*Trade, through its loan servicing company CLC Consumer Services, filed Proof of Claim No. 5-1 with a secured claim in the amount of $249,631.32.

7. Combined, the claim of Countrywide and the claim filed by E*Trade total $740,955.32.

8. The Debtors possess no equity in the Almagro Property, and it is burdensome to the estate. Due to the liens upon the Almagro Property it is of inconsequential value and benefit to the estate.

9. Notice of this motion has been provided to the United States Trustee and to the Debtors' secured lenders. The Debtors submit that, in light of the relief requests, no other or further notice need be given.

WHEREFORE, the Debtors respectfully request that this Court authorize abandonment of the Almagro Property, and for other and further relief as is just and necessary.

    Respectfully submitted,

    CHRISTOPHER EVANS and
        JUNE LICATA-EVANS

    By:   /s/ Philip Groben
         One of their attorneys

Forrest L. Ingram #3129032
Philip Groben
Vik Chaudhry
Michael V. Ohlman
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603-4907
(312) 759-2838