IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Christopher Evans / June Licata-Evans            CASE NO. 09-40000

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending Jan. 31, 2010

BEGINNING BALANCE IN ALL ACCOUNTS        $ 1016.88

RECEIPTS:
   1. Receipts from operations        $ _____
   2. Other Receipts  Adobe Payroll / Tenants        $ 6886.16

DISBURSEMENTS:
   3. Net payroll:
      a. Officers        $ _____
      b. Others        $ _____

   4. Taxes
      a. Federal Income Taxes        $ _____
      b. FICA withholdings        $ _____
      c. Employee's withholdings        $ _____
      d. Employer's FICA        $ _____
      e. Federal Unemployment Taxes        $ _____
      f. State Income Tax        $ _____
      g. State Employee withholdings        $ _____
      h. All other state taxes        $ _____

   5. Necessary expenses:
      a. Rent or mortgage payments(s)        $ _____
      b. Utilities        $ _____
      c. Insurance        $ _____
      d. Merchandise bought for
         manufacture or sale        $ _____
      e. Other necessary expenses
         (specify)
      _____        $ _____
      _____        $ _____

TOTAL DISBURSEMENTS  please see attached page(s) 3        $ 8472.20

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD        $ 5430.84

ENDING BALANCE IN  Citibank         $ 3503
      (Name of Bank)
ENDING BALANCE IN  Wells Fargo (Chris)        $ 481.69
      (Name of Bank)
       Wells Fargo (June)        1206.65

ENDING BALANCE IN ALL ACCOUNTS        $ 5191.34

OPERATING REPORT Page 1

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: CHRISTOPHER EVANS / JUNE LICATA-EVANS     CASE NO.: 09-40000

DISBURSEMENT LISTING

FOR MONTH ENDING Jan 31, 2010

Bank: CITIBANK

Location: River Forest, IL

Account Name: Christopher Evans

Account No.: 922674727

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | Food — | 757.93 |
| | | Auto — | 143.44 |
| | | Insurance = | 215.44 |
| | | travel = | 487.27 |
| | | Cable = | 297.42 |
| | | work exp — | 4.45 |
| | | Gym 2 mos — | 410.60 |
| | | Netflix — | 13.99 |
| | | Checks — | 2233.70 |
| | | child exp — | 41.77 |
| | | spouse pymt — | 2200. |
| | | TOTAL: | 6808.01 |

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT  Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: CHRISTOPHER EVANS / JUNE LICATA-EVANS    CASE NO.: 09-40000

### DISBURSEMENT LISTING

FOR MONTH ENDING Jan 31, 2010

Bank: WELLS FARGO

Location: WISCONSON

Account Name: CHRISTOPER EVANS

Account No.: 1303966293

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| mf | 1501 |  | 200.— |
|  |  | food | 286.84 |
|  |  | savings | 25. |

TOTAL: 511.84

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT  Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: CHRISTOPHER EVANS / JUNE LICATA-EVANS    CASE NO.: 09-40000

## DISBURSEMENT LISTING

FOR MONTH ENDING Jan 31, 2010

Bank: Wells Fargo

Location: Wisconson

Account Name: June Licata-Evans

Account No.: 1 3039 66301

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
|  |  | food | 284.76 |
|  |  | pets | 58.24 |
|  |  | mobile phone | 111.92 |
|  |  | household | 877.95 |
|  |  | savings | 25. |
|  | U.S. | bank fee closed acct | 163. |
|  |  | school lunches | 60. |
|  |  | school fee | 11.50 |
|  |  | cable | 39.99 |
|  |  | TOTAL: | 1152.36 |

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: CHRISTOPHER EVANS, JUNE LICATA EVANS   CASE NO.: 09-40000

DISBURSEMENT LISTING

FOR MONTH ENDING Jan 31, 2010

Bank: ETRADE BANK

Location: _____

Account Name: CHRISTOPHER EVANS, JUNE LICATA-EVANS

Account No.: _____

**DATE DISBURSED**     **CHECK NO.**     **DESCRIPTION**     **AMOUNT**

No transactions during Jan. 2010

TOTAL: _____

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: CHRISTOPHER EVANS, JUNE LICATA EVANS   CASE NO.: 09-40000

## DISBURSEMENT LISTING

FOR MONTH ENDING Jan 31, 2010

Bank: Orange County Teachers Fed. Credit Union
Location: Orange County, CA
Account Name: June Licata-Evans, Christopher Evans
Account No.: _____

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | No transactions during Jan. 2010 | |

TOTAL: _____

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT   Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: CHRISTOPHER EVANS
JUNE LUCATA-EVANS       CASE NO.: 09-40000

FOR MONTH ENDING Jan. 31, 2010

## STATEMENT OF INVENTORY

Beginning inventory    No Inventory    $_____

Add: purchases         $_____

Less: goods sold       $_____
(cost basis)

Ending inventory       $_____

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period    No payroll    $_____

Payroll taxes due but unpaid     $_____

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | | | |

* Include only post-petition payments.

OPERATING REPORT Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Christopher Evans / June Licate-Evans  CASE NO.: 09-40000

FOR MONTH ENDING Jan 31, 2010

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

Beginning of month balance $ _____

Add: sales on account $ _____

Less: collections $ _____

End of month balance $ _____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $2200 | $2200 | $ | $2795 | $7195 |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance $ _____

Add: credit extended $ _____

Less: payments of account $ _____

End of month balance $ _____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT  Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: Christopher Ewing / June Licala Ewing    CASE NO.: 09-40000

FOR MONTH ENDING Jan. 31, 2010

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No ( ) |
| 2. | FICA withholdings | Yes ( ) | No ( ) |
| 3. | Employee's withholdings | Yes ( ) | No ( ) |
| 4. | Employer's FICA | Yes ( ) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) |
| 6. | State Income Tax | Yes ( ) | No ( ) |
| 7. | State Employee withholdings | Yes ( ) | No ( ) |
| 8. | All other state taxes | Yes ( ) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

OPERATING REPORT Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, _____, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

_____
*[signature]*

DATED: 02·15·2010

OPERATING REPORT Page 8