IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CHRISTOPHER M. EVANS and | ) Judge Jack B. Schmetterer |
| JUNE R. LICATA-EVANS | ) |
| | ) Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) |
| | ) Hearing: March 11, 2010 at 10:00 am |

## NOTICE OF MOTION

To:   See attached service list

PLEASE TAKE NOTICE that I will appear on **March 11, 2010 at 10:00 a.m.** before the Honorable Jack B. Schmetterer, or any other Judge sitting in his stead, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and will then and there present the First Application for Interim Compensation for Professional Services and for and Reimbursement of Expenses of Forrest L. Ingram, P.C., attorneys for the Debtors and Debtors in Possession, and request entry of orders in accordance with these applications. AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD.

/s/ Forrest L. Ingram
One of Debtors's attorneys

Forrest L. Ingram #3129032
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Bradley Opfermann, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document, to which it refers, on all parties entitled to service, by electronic filing through ECF, or by regular U.S. mail, as set forth on the attached service list, at or before 5:00 p.m. on February 17, 2010.

/s/ Bradley Opfermann

1

# SERVICE LIST

**By ECF Notice:**

William T. Neary
Office of the U.S. Trustee, Region 11
219 South Dearborn, 8th Floor
Chicago, IL 60606

**By Regular Mail:**

Christopher Evans
526 N. Lombard Ave., Apt. #2
Oak Park, IL 60302

June R. Licata-Evans
842 N. Oak Park Ave.
Oak Park, IL 60302

Countrywide Home Lending
Attention: Bankruptcy SV-314B
PO Box 5170
Simi Valley, CA 93062

E*Trade Consumer Services
2730 Liberty Ave.
Pittsburgh, PA 15222

E*Trade
PO Box 205
Waterloo, IA 50704

GMAC Mortgage, LLC
c/o Pierce and Associates, P.C.
1 N Dearborn St.
Suite 1300
Chicago, IL 60602-4331

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER M. EVANS and | ) | Judge Jack B. Schmetterer |
| JUNE R. LICATA-EVANS | ) | |
| | ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) | |
| | ) | Hearing: March 11, 2010 at 10:00 am |

**FIRST APPLICATION FOR INTERIM COMPENSATION
FOR PROFESSIONAL SERVICES AND FOR REIMBURSEMENT OF
EXPENSES IN CASE NO. 09-40000 OF FORREST L. INGRAM, P.C.**

FORREST L. INGRAM, P.C. ("Applicant") on behalf of its attorneys, duly appointed counsel for Debtors and Debtors in Possession Christopher M. Evans and June R. Licata-Evans (the "Debtors"), hereby makes its first application for interim compensation (this "Application") pursuant to Section 331 of the United States Bankruptcy Code and Rule 2016 and Local Rule 607 and requests that this Honorable Court enter an order allowing compensation for legal services rendered and reimbursement of expenses incurred from October 23, 2009 through January 31, 2010. In support of this Application, Applicant states as follows:

1. On September 17, 2009, Debtors entered into an engagement agreement with Applicant for a Chapter 11 case.

2. On October 23, 2009, Applicant filed, on Debtors's behalf, the petition for relief under chapter 11, Case No. 09-40000.

1

3. On December 10, 2009, the Court entered an order in this case allowing employment of Applicant as Debtors's attorneys, retroactive to October 23, 2009. A copy of the order is attached hereto as **Exhibit A.**

4. Applicant has performed numerous legal services for the Debtors thus far in this case. The times and chronology of the Applicant's services rendered in the above-entitled proceedings for the period from October 23, 2009 through January 31, 2010 are scheduled in detail to the tenth of an hour and arranged *by natures* in **Exhibit B**, attached hereto. A copy of Exhibit B has been sent to the Debtors with a request for review of the details, and for objection, if any. The Debtors have not objected to any items listed, to any of the services rendered, nor to any of the fees requested.

5. Applicant's billing detail, arranged *by attorneys*, is attached hereto as **Exhibit C.**

6. A brief description of the credentials of each employee of Forrest L. Ingram, P.C. for whom compensation is sought is attached hereto as **Exhibit D.**

7. All services for which compensation is requested were in connection with these bankruptcy proceedings. All services performed after the commencement of the above-entitled proceedings were in connection with the performance of duties of the Debtors and Debtors in Possession as prescribed by the Bankruptcy Code or pursuant to orders of this Court.

8. Applicant requests the allowance of payment of compensation for legal services during the period October 23, 2009 through January 31, 2010 in the sum of **$5,375.00.**

2

9. The services rendered by Applicant were directly related and necessary to the preparation for and the administration of the Chapter 11 case, including, but not limited to, preparing and filing the Debtors's schedules, drafting and filing motions on behalf of the Debtors, and attending the Debtors's 341 meeting.

10. HOURS OF SERVICES SORTED BY CATEGORY OR "NATURE" – The attorneys and clerks of Forrest L. Ingram, P.C. provided a total of 27.4 hours of services during the current period. The hours, broken down by natures are summarized in **Exhibit B**. They are as follows:

    a. <u>Admin</u> Approximately 20.6 hours of time and services were rendered in connection with matters that were administrative in nature, including, but not limited to, preparing and filing the Debtors's schedules, preparing for and representing the Debtors at thier 341(a) meeting, drafting and filing motions and responses on behalf of the Debtors, conferencing with the Debtors about various issues in the chapter 11, and serving various motions and pleadings on behalf of the Debtors. For these services, Applicant seeks $3,830.00.

    b. <u>CM</u> Approximately 0.2 hours of time and services were rendered in connection with contested matters, including, but not limited to retrieving messages regarding tenants in houses owned by Debtors. For such services, Applicant seeks $88.00.

    c. <u>Cred</u> Approximately 0.2 hours of time and services were rendered in connection with speaking to the Debtors' creditors as to American

3

Express' concerns regarding the state court hearing and default judgment. For such services, Applicant seeks $39.00.

d. **DS&P** Approximately 0.1 hours of time and services were rendered in connection with the Debtors' Disclosure Statement and Plan, including, but not limited to, conferring with other attorneys in the firm regarding the development of the plan. For such services, Applicant seeks $45.00.

e. **Employ** Approximately 2.4 hours of time and services were rendered in connection with filing a motion to employ the Applicant as Debtors's counsel and appearing in court on motion to employ. For such services, Applicant seeks $579.00.

f. **Pre-Tr** Approximately 1.8 hours of time and services were rendered in connection with pre-trial matters, including, but not limited to, drafting order in claims bar and appearing in court on the claims bar date. For such services, Applicant seeks $360.00

g. **Resrch** Approximately 1.4 hours of time and services were rendered in connection with researching issues directly related to the Debtors's chapter 11 case, including, but not limited to, homestead exemptions and divorce proceedings in chapter 11. For such services, Applicant seeks $126.00.

h. **Trste** Approximately 0.7 hours of time and services were rendered in connection with Trustee matters, including corresponding with S. Wolfe, and attending the Initial Debtor Interview with Debtors. For such services, Applicant seeks $308.00.

4

11. **HOURS OF SERVICES SORTED BY ATTORNEYS AND CLERKS** – The attorneys and clerks of Forrest L. Ingram, P.C. provided a total of approximately 27.4 hours of service, broken down by attorney, as indicated on **Exhibit C**. They are as follows:

   a. <u>Attorney Forrest L. Ingram</u> provided approximately 4.7 hours of service at $440.00 per hour, including all phases of the chapter 11 case.

   b. <u>Attorney Michael Ohlman</u> provided approximately 1.8 hours of Pre-Trial work at $200.00 per hour.

   c. <u>Attorney Vik Chaudhry</u> provided approximately 1.8 hours of work on Employment matters at $175.00 per hour.

   d. <u>Attorney Phillip Groben</u> provided approximately 10.6 hours of work at $175.00 per hour, including all phases of the chapter 11 case.

   e. <u>Legal Clerks Phillip Groben (11/6/2009 and prior) and Bradley Opfermann (11/16/2009 and after)</u> provided approximately 8.5 hours of service at $90.00 per hour, including all phases of the chapter 11 case.

12. Applicant's customary fee includes actual compensation for time and services, fixed overhead, salaries, and unallocable costs.

13. Applicant has also expended costs in providing services to Debtors. Such costs, including filing fees, are set forth in **Exhibit E**, attached hereto. For such costs, Applicant seeks reimbursement in the sum of **$1,049.36**.

14. Towards payment of its pre-petition retainer, to date, Debtors have advanced Applicant an amount of **$7,000.00** for professional services and **$1,039.00** for filing fees.

5

15. This Application on the First Application for Interim Compensation has been sent to the Debtors, to the U.S. Trustee, to the Debtors' secured creditors, and to all parties entitled to notice. A Notice of Hearing has been sent to all other creditors and parties in interest. A certificate of service has been filed with the Clerk of the Court.

16. This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A).

**WHEREFORE,** Applicant respectfully requests that the Court conduct an appropriate hearing on Counsel's application and allow a reasonable fee to Debtors's Counsel in the sum of $5,375.00 for services for the period from October 23, 2009 through January 31, 2010, plus costs of $1,049.36, for a total of $6,424.36. Applicant asks that it be granted leave to apply the retainer advanced by the Debtors towards the amounts awarded by this Court. Applicant asks for such other relief as may be appropriate.

Respectfully submitted,

FORREST L. INGRAM, P.C.

/s/ Forrest L. Ingram
Attorney for Debtors

Forrest L. Ingram, #3129032
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838
(312) 759-0298 fax

6