## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CHRISTOPHER M. EVANS and ) | Judge Jack B. Schmetterer |
| JUNE R. LICATA-EVANS ) | |
| ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. ) | |
| ) | Hearing: March 11, 2010 at 10:00 am |

### ORDER GRANTING FIRST APPLICATION FOR INTERIM COMPENSATION FOR PROFESSIONAL SERVICES AND FOR REIMBURSEMENT OF EXPENSES IN CASE NO. 09-40000 OF FORREST L. INGRAM, P.C.

THIS MATTER came to be heard on the First Application for Interim Compensation for Professional Services and for Reimbursement of Expenses in Case No. 09-40000 of Forrest L. Ingram, P.C. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Due notice having been given and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. FORREST L. INGRAM, P.C. is awarded **$5,375.00** of the professional compensation requested for the time period beginning October 23, 2009 and ending January 31, 2010.

2. FORREST L. INGRAM, P.C. is awarded **$1,049.36** for reimbursement of expenses for the time period beginning October 23, 2009 and ending January 31, 2010.

1

3. FORREST L. INGRAM, P.C. is authorized to apply the retainer advanced by the Debtors towards the total amounts awarded, namely $6,424.36.

Dated:                                                            BY THE COURT:

                                                                  _____

This Order was prepared by:                    The Honorable Jack B. Schmetterer
Forrest L. Ingram, P.C.                        U.S. Bankruptcy Judge

2