IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE:  CHRISTOPHER M EVANS & JUNE R LICATA-EVANS    ) Chapter 11
                                                    )
                                                    )
                                                    )
                                       - Creditor   ) No. 09B40000
GMAC Mortgage, LLC                                  )
                                                    )
                 v.                                 ) Judge
                                                    ) Jack B. Schmetterer
CHRISTOPHER M EVANS & JUNE R LICATA-EVANS- Debtor   )
                                                    )
```

NOTICE OF MOTION

TO:   SEE ATTACHED ADDRESSES

    PLEASE TAKE NOTICE THAT ON March 23, 2010 at 10:00 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 682, and shall then and there present the attached Motion and at which time you may appear if you so desire.

CERTIFICATION

    I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on March 1, 2010, with proper postage prepaid.

```
                                    PIERCE & ASSOCIATES, P.C.
**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY           /s/Yanick Polycarpe
INFORMATION OBTAINED WILL BE        ARDC#6237892
USED FOR THAT PURPOSE**
                                    1 North Dearborn
                                    Suite 1300
                                    Chicago, Illinois 60602
                                    312-346-9088
PA09-6592
```

<u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
William Neary
Office of the U.S. Trustee, Region 11
227 W. Monroe Street, Suite 3350
Chicago, IL 60606
**By Electronic Notice through ECF**

To Debtor:
CHRISTOPHER M EVANS & JUNE R LICATA-EVANS
842 North Oak Park Drive
Oak Park, IL 60302
**By U.S. Mail**

CHristopher M. Evans
526 North Lombard Apt 2
Oak Park, IL 60302
**By U.S. Mail**

To Attorney:
Forrest L. Ingram PC
79 West Monroe Street, Suite 1210
Chicago, Illinois 60603
**By Electronic Notice through ECF**

PIERCE & ASSOCIATES, P.C.
Suite 1300
1 North Dearborn
Chicago, Illinois 60602
(312) 346-9088

**PA09-6592**

**SERVICE LIST**

BY U.S. MAIL

| |
|---|
| American Express<br>c/o Becket and Lee<br>P.O. Box 3001<br>Malvern, PA 19355 |
| Citi<br>P.O. Box 6241<br>Sioux Falls, SD 57117 |
| Discover Bank/glesi<br>2401 International Ln<br>Madison, WI 53707 |
| E*trade<br>2730 Liberty Av<br>Pittsburgh, PA 15222 |
| Orange Countys Cr Unio<br>Attn: Account Services<br>15442 Del Amo Ave<br>Trustin, CA 92780 |
| Chase<br>Bank One Card Serv<br>Westerville, OH 43081 |
| Citifinancial Retail Services<br>P.O. Box 140489<br>Irving, TX 75014 |
| Discover Fin Serv Llc<br>P.O. Box 15316<br>Wilmington, DE 19850 |
| Nicor Gas<br>Attention: Bankruptcy Department<br>1844 Ferry Road<br>Naperville, IL 60507 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE:   CHRISTOPHER M EVANS & JUNE R LICATA-EVANS   )
                                                  )
GMAC Mortgage, LLC                                )
      Creditor,                                   ) Case No. 09B40000
                                                  ) Judge
                                                  ) JACK B. SCHMETTERER
      vs.                                         )
                                                  )
CHRISTOPHER M EVANS & JUNE R LICATA-EVANS,        )
      Debtor(s),                                  )
                                                  )

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES GMAC Mortgage, LLC, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 842 North Oak Park Drive, Oak Park, IL, be Modified or alternatively that the above captioned Chapter 11 be dismissed, stating as follows:

1. On October 23, 2009, the above captioned Chapter 11 was filed.

2. The above captioned Chapter 13 is not confirmed.

3. GMAC Mortgage, LLC services the first mortgage lien on the property located at 842 North Oak Park Drive, Oak Park, IL.

4. The Plan calls for the debtor to surrender the property commonly known as 842 North Oak Park Drive, Oak Park, IL.

5. GMAC Mortgage, LLC continues to be injured each day it remains bound by the Automatic Stay.

6. GMAC Mortgage, LLC is not adequately protected.

7. The property located at 842 North Oak Park Drive, Oak Park, IL is not necessary for the debtor's reorganization.

8. The property located at 842 North Oak Park Drive, Oak Park, IL is not the Debtors' primary residence.

9. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 842 North Oak Park Drive, Oak Park, IL, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to GMAC Mortgage, LLC to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

GMAC Mortgage, LLC

/s/Yanick Polycarpe
Yanick Polycarpe
ARDC#6237892

Pierce and Associates, P.C.
One North Dearborn Street
Suite #1300
Chicago, Illinois 60602
(312)346-9088