**REQUIRED STATEMENT TO ACCOMPANY**
**ALL MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) CHRISTOPHER M EVANS & JUNE R LICATA-EVANS

Case No. 09B40000        Chapter 11

All Cases: Moving Creditor GMAC Mortgage, LLC  Date Case Filed October 23, 2009

Nature of Relief Sought: ☒ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing  –  or Date Plan Confirmed

Chapter 7: ☐ No-Asset Report Filed on
           ☐ No-Asset Report not Filed, Date of Creditors Meeting

1. Collateral
   a. ☒ Home
   b. ☐ Car Year, Make, and Model _____
   c. ☐ Other (describe)_____

2. Balance Owed as of Petition Date $520,000.00
   Total of all other Liens against Collateral $56,361.00

3. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (*must* be supplied in *all* cases) $553,500.00

5. Default
   a. ☒ Pre-Petition Default
      Number of months  5     Amount $16,344.14

   b. ☒ Post-Petition Default
      i.  ☒ On direct payments to the moving creditor
          Number of months  5   Amount $17,670.80

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months     Amount $

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid       Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☒ Other (describe) Plan to surrender/no adequate protection

   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☒ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☒ Other (describe) escrow advance $45,094.83

   d. Debtor's Statement of Intention regarding the Collateral
      i.   ☐ Reaffirm         ii. ☐ Redeem
      iii. ☐ Surrender        iv. ☐ No Statement of Intention Filed

Date: 3/1/10                          By: /s/Yanick Polycarpe
                                          ARDC#6237892
                                          Pierce & Associates, P.C.