## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| CHRISTOPHER M. EVANS and | ) | No. 09 B 40000 |
| JUNE R. LICATA-EVANS | ) | |
| | ) | |
| Debtors. | ) | |

### ORDER DENYING DEBTORS' MOTION TO ABANDON PROPERTY

Debtors by their counsel have moved, pursuant to 11 U.S.C. § 554, to abandon all interest in their former residence at 1897 Almagro Lane in Escondido, California. Their counsel has not noticed all creditors and, upon request, has declined to do so.

Therefore, for failure to give notice to all creditors as required by Rule 6007(a) Fed.R. Bankr. P., the Motion is denied.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 3rd day of March 2010.