Case No. 09 B 40000
In re: Christopher Evans and June Licata-Evans

## CERTIFICATE OF SERVICE

I, Dorothy Clay, certify that on March 4, 2010, I caused to be served copies of the foregoing document to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Secretary/Deputy Clerk

### Electronic Service through CM/ECF System

Forrest L. Ingram
Forrest L. Ingram, P.C.
79 W. Monroe St., #900
Chicago IL 60603
Counsel for Debtors

William T. Neary
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

### First Class Mail

Christopher M. Evans
526 N. Lombard, Apt. 2
Oak Park IL 60302
Debtor

June R. Licata-Evans
842 N. Oak Park Ave.
Oak Park IL 60302
Debtor

District Director
Internal Revenue Service
230 S. Dearborn St.
Mail Stop 5016-CHI
Chicago IL 60604

District Counsel
Internal Revenue Service
Ste. 2300
200 W. Adams St.
Chicago IL 60606

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| CHRISTOPHER M. EVANS and | ) | No. 09 B 40000 |
| JUNE R. LICATA-EVANS | ) | |
| | ) | |
| Debtors. | ) | |

## ORDER DENYING DEBTORS' MOTION TO ABANDON PROPERTY

Debtors by their counsel have moved, pursuant to 11 U.S.C. § 554, to abandon all interest in their former residence at 1897 Almagro Lane in Escondido, California. Their counsel has not noticed all creditors and, upon request, has declined to do so.

Therefore, for failure to give notice to all creditors as required by Rule 6007(a) Fed.R. Bankr. P., the Motion is denied.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 3 day of March 2010.

