## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER M. EVANS and. | ) | Judge Jack B. Schmetterer |
| JUNE R. LICATA-EVANS | ) | |
| | ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) | |
| | ) | Hearing: March 15, 2010 |

### ORDER SETTING COMBINED HEARING ON THE ADEQUACY OF THE DISCLOSURE STATEMENT AND PLAN CONFIRMATION HEARING

The Debtors and Debtors in possession having filed their Amended Disclosure Statement and its Second Amended Plan on February 17, 2010, requesting this Court to set a date for a combined hearing on the adequacy of the disclosure statement and the confirmation of the plan,

IT IS HEREBY ORDERED:

1. The combined hearing to consider the adequacy of the Amended Disclosure Statement and, if so approved, confirmation of the Amended Plan, is set for April 15, 2010, at 10:30am in Courtroom 682. Debtor's counsel shall serve notice of hearing to Class I, Class II, Class III, Class IV, and Class V creditors, on of before March 18, 2010.

2. Debtor's Counsel shall serve copies of the Amended Disclosure Statement and the Amended Plan, upon Class I, Class II, Class III, Class IV, and Class V creditors, on or before March 18, 2010.

3. Debtor's Counsel shall serve an appropriate ballot for accepting or rejecting the Amended Plan upon Class V creditors only, on or before March 18, 2010.

4. April 8, 2010 is fixed as the last day to file written objections as to the adequacy of the Disclosure Statement and/or the confirmation of the Plan.

5. <u>April 8, 2010</u> is fixed as the last day for those creditors entitled to vote upon the Amended Plan to file, by written ballot, written acceptances or rejections of the Amended Plan with the Clerk of the United States Bankruptcy Court.

6. Debtor's counsel shall file a Report of Balloting on the Second Amended Plan on or before <u>April 13, 2010</u>.

Dated: 3/15/10

MAR 15 2010

BY THE COURT

_____
The Honorable Jack Schmetterer
U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.