## UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Name of Presiding Judge, Honorable Jack B. Schmetterer

Cause No. __10 B 10300__               Date __March 15, 2010__

Title of Cause     In re: Morgan Restaurant Ventures, Inc.

Brief Statement    Order of Court
of Motion

Names and
Addresses of
moving counsel

Representing

Names and          See Service Certificate
Addresses of
other counsel
entitled to
notice and names
of parties they
represent

### ORDER

On Motion of Court, sua sponte, case set **April 6, 2010 at 10:30 A.M.** for hearing on setting bar date for filing of non-administrative claims and bar date for objections to said claims.

United States Bankruptcy Judge

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the Court until motion has been called.