IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER M. EVANS and. | ) | Judge Jack B. Schmetterer |
|    JUNE R. LICATA-EVANS | ) | |
| | ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) | |
| | ) | Hearing: April 15, 2010 at 10:30am |

## NOTICE OF COMBINED HEARING ON THE ADEQUACY OF DISCLOSURE STATEMENT AND PLAN CONFIRMATION

To creditors and other parties in interest of Termano, LLC:

A combined hearing will be held on **April 15, 2010, at 10:30 a.m.** regarding the Adequacy of the Disclosure Statement and Plan Confirmation, for which both documents were filed by the Debtors and Debtors in Possession, Christopher Evans and June Licata-Evans, on February 17, 2010. The hearing is set before the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604, in Courtroom 682, the Honorable Jack Schmetterer presiding.

/s/ Philip Groben
Philip Groben, Debtor's Attorney

Forrest L. Ingram, Esq.
Philip Groben
Michael Ohlman
79 W. Monroe, Suite 900
Chicago, IL 60603
312/759-2838

## CERTIFICATE OF SERVICE

The Undersigned Attorney hereby certifies that he caused a copy of the foregoing Notice of Hearing to be served upon the parties listed on the service list attached hereto, by regular mail or ECF electronic notice, as indicated on the list, prior to 5:00 p.m. on the 18th day of March, 2010.

/s/ Philip Groben

**SERVICE LIST**

**By ECF Notice:**

William T. Neary
Office of the U.S. Trustee, Region 11
219 South Dearborn, 8th Floor
Chicago, IL 60606

**Yanick Polycarpe**
**GMAC Mortgage, LLC**
Pierce and Associates, P.C.
1 North Dearborn Suite 1300
Chicago, IL 60602

**By Regular Mail:**

Christopher Evans
526 N. Lombard Ave., Apt. #2
Oak Park, IL 60302

June R. Licata-Evans
842 N. Oak Park Ave.
Oak Park, IL 60302

American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355

American Express
Box 0001
Los Angeles, CA 90096-8000

BAC Home Loans Servicing, LP
c/o Polk, Probner & Raphael
20750 Ventura Blvd. # 100
Woodland Hills, CA 91364

BAC Home Loans Servicing, LP
7105 Corporate Dr.
PTX-B-35
Plano, TX 75024

Chase
Bank One Card Serv
Westerville, OH 43081

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850

Citi
Po Box 6241
Sioux Falls, SD 57117

Citifinancial Retail Services
Po Box 140489
Irving, TX 75014

CLC Consumer Services
Agent for ETrade
2730 Liberty Ave.
Pittsburgh, PA 15222

Countrywide Home Lending
Attention: Bankruptcy SV-314B
PO Box 5170
Simi Valley, CA 93062

Discover Bank
2401 International Ln
Madison, WI 53704

Discover Bank
DFS Services LLC
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Discover Student Loans
PO Box 30947
Salt Lake City, UT 84130-0947

E*Trade Consumer Services
2730 Liberty Ave.
Pittsburgh, PA 15222

E*Trade
PO Box 205
Waterloo, IA 50704

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-5316

Law Offices of Jeffrey M. Leving
19 S. LaSalle St.
Suite 450
Chicago, IL 60603

Nicor Gas
Attention: Bankruptcy Department
1844 Ferry Road
Naperville, IL 60507

Orange County Credit Union
Attn: Account Services
15442 Del Amo Ave.
Tustin, CA 92780