IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE: CHRISTOPHER M EVANS & JUNE R LICATA-EVANS )
)
GMAC Mortgage, LLC )
    Creditor, ) Case No. 09B40000
) Judge
) JACK B. SCHMETTERER
vs. )
)
CHRISTOPHER M EVANS & JUNE R LICATA-EVANS, )
    Debtor(s), )
)

### ORDER MODIFYING STAY

This cause coming to be heard on the Motion of GMAC Mortgage, LLC, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to GMAC Mortgage, LLC and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 842 North Oak Park Drive, Oak Park, IL.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

Any Claims and/or Stipulations filed by this Creditor are vacated, *effective 4/23/10*

DATED: 3/23/10      ENTERED BY: _____
                                                    Bankruptcy Judge Jack B. Schmetterer

PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088
PA No: 09-6592

MAR 23 2010