IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER M. EVANS and. | ) | Judge Jack B. Schmetterer |
|    JUNE R. LICATA-EVANS | ) | |
| | ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) | |
| | ) | Hearing: April 15, 2010 |

## REPORT OF BALLOTING

Christopher M. Evans and June R. Licata-Evans (the "Debtors"), by and through their attorney at Forrest L. Ingram, P.C., hereby submit its Report of Balloting (this "Report") relating to their Amended Plan or Reorganization (the "Plan") filed April 13, 2010, pursuant to Local Rule 3018-1:

   1. The Plan divides creditors' claims into five separate classes: CLASS I CLAIMS are the allowed claims of GMAC Mortgage, which are secured by the real property located at 842 N. Oak Park Ave., Oak Park, IL. Class I claims are not impaired. CLASS II CLAIMS are the allowed claims of Countrywide Home Lending, which are secured by the real property located at 1897 Almagro Lane, Escondido, CA. Class II claims are not impaired. CLASS III Claims are the allowed claims of E*Trade secured by properties at 842 N. Oak Park Ave., Oak Park, IL and 1897 Almagro Lane, Escondido, CA. Class III claims are not impaired. Class IV claims are the allowed general unsecured claims entitled to priority. Class IV claims are not impaired. Class V claims are the allowed general unsecured claims. Class V claims are impaired.

   2. Class V creditor, members of the sole impaired class, were entitled to vote on the Plan. Two ballots were received from Class V creditors; American Express Centurion Bank, the holder of two claims, voted to reject the Plan. Class V creditors have rejected the plan.

3. A complete ballot report form is attached to this Report as <u>Exhibit A</u>. Due to the limitations of the form Class V ballots can not be represented. Because no other classes were entitled to vote on the Plan, "Class I" on the form should be read as "Class V"

4. The undersigned attorney certifies that all ballots were counted for the classes for which those ballots were filed.

                    Respectfully submitted,

                    CHRISTOPHER EVANS and
                        JUNE LICATA-EVANS

                    By:   /s/ Philip Groben
                           One of their attorneys

Forrest L. Ingram
Philip Groben
Michael V. Ohlman
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603-4907
(312) 759-2838