IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 2 6 2010
KENNETH S. GARDNER, CLERK
MAILROOM - KC

In re: ) Chapter 11
)
CHRISTOPHER M. EVANS and ) Judge Jack B. Schmetterer
JUNE R. LICATA-EVANS )
) Case No. 09-40000
Debtors and Debtors in Possession. )
)

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class V claim against the Debtor in the unpaid amount of

$ 5,520.00 Dollars ($           ).

**[Check One Box Only]**

[X] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

DATED: 4/22/10      Print or type name: NARCISO M. MODESTO
                    Signed: Narciso Modesto
                    Title: Practice Manager
                    Address: 19 S. LaSalle #450
                             Chgo, IL 60603

**RETURN THIS BALLOT TO:**
Clerk of the United States Bankruptcy Court
Dirksen Building - Closing Department
219 South Dearborn St.
Chicago, IL 60604

Forrest L. Ingram, P.C.
79 West Monroe Street
Suite 900
Chicago, IL 60603