# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER M. EVANS and. | ) | Judge Jack B. Schmetterer |
| JUNE R. LICATA-EVANS | ) | |
| | ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) | |
| | ) | Hearing: May 20, 2010 at 10:00 |

## NOTICE OF MOTION

To:   See attached service list

    PLEASE TAKE NOTICE that on May 20, 2010 at 10:00 AM**,** I shall appear before the Honorable Jack B. Schmetterer, or any other Judge sitting in his stead, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and shall then and there present the Debtors' **Motion to Reset the Confirmation Schedule,** a copy of which is enclosed and is herewith served upon you, and at which time and place you may appear and be heard.

                                            /s/ Philip Groben\_\_\_\_\_
                                            One of Debtors' attorneys

Forrest L. Ingram #3129032
Philip Groben
Michael Ohlman
Forrest L. Ingram P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

    I, Philip Groben, an attorney, certify that I caused a true and correct copy of the above and foregoing notice and the document to which it refers to be served upon the parties listed below, via electronic delivery and U.S. Mail, as indicated on the list, on May 3, 2010.

                                            /s/ Philip Groben

**Service List**

**Via CM/ECF Notice:**

William T. Neary
Office of the U.S. Trustee, Region 11
219 South Dearborn, 8th Floor
Chicago, IL 60606

American Express Centurion Bank
Yanick Polycarpe
Pierce and Associates, P.C.
1 North Dearborn Suite 1300
Chicago, IL 60602

GMAC Mortgage, LLC
Kenneth W Kleppinger,
Becket & Lee LLP
16 General Warren Blvd.
Malvern, PA 19355

**Via U.S. Post:**

Christopher M Evans
526 N. Lombard, Apt. 2
Oak Park, IL 60302

June R Licata-Evans
842 N. Oak Park Ave.
Oak Park, IL 60302

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER M. EVANS and. | ) | Judge Jack B. Schmetterer |
|    JUNE R. LICATA-EVANS | ) | |
| | ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) | |
| | ) | Hearing: May 20, 2010 at 10:00 |

## MOTION TO RESET THE CONFIRMATION SCHEDULE

NOW COME the Debtors and Debtors in Possession CHRISTOPHER M. EVANS and JUNE R. LICATA-EVANS (the "Debtors"), and in support of their motion to Reset the Confirmation Schedule, state as follows:

1. On February 17, 2010, the Debtors' filed their Amended Plan of Reorganization and Amended Disclosure Statement with the Court.

2. On March 15, 2010, this Court entered an order that fixed the following dates as deadlines:

   a. March 18, 2010: Debtors' counsel to serve copies of the Amended Plan of Reorganization and Amended Disclosure Statement upon all classes of creditors.

   b. April 8, 2010: the last day for those creditors entitled to vote upon the plan to submit ballots with the Clerk of the Bankruptcy Court.

   c. April 13, 2010: Debtors' counsel shall file a ballot report.

3. On of before March 18, 2010 Debtors' counsel served copies of the Amended Disclosure Statement and the Amended Plan of Reorganization on all creditors.

1

4. Class V is comprised of impaired claims of creditors and is entitled to vote upon the plan of reorganization. Debtors' counsel served a ballot upon all Class V creditors on or before March 18, 2010.

5. April 8, 2010 was fixed as the last day for creditors to file, by written ballot, acceptances or rejections of the Amended Plan with the Clerk of the United States Bankruptcy Court.

6. One creditor, American Express Centurion Bank ("American Express"), voted two claims to reject the Amended Plan on April 6, 2010.

7. Debtors' counsel filed a Report of Balloting with the Court on April 13, 2010. The Report of Balloting accurately reflected American Express's votes to reject the Amended Plan.

8. On April 23, 2010, American Express filed two Amended Ballots voting to accept Debtor's Amended Plan. The Amended Ballots filed by American Express are attached hereto as **Exhibit A** and **Exhibit B**.

9. On April 26, 2010, Narciso Modesto, the practice manager of the Law Offices of Jeffery M. Leving, Ltd. filed a Ballot voting to accept Debtor's Amended Plan. The Ballot filed by Narciso Modesto is attached hereto as **Exhibit C**.

10. An amended Report of Balloting is attached hereto as **Exhibit D.** Due to the limited nature of local bankruptcy from, and because all Classes except for Class V are not entitled to vote on the Amended Plan, Class I has been replaced with Class V on Exhibit D.

11. Federal Rule of Bankruptcy Procedure 3017(c) provides, "On or before approval of the disclosure statement, the court shall fix a time within which the holders of claims and interests may accept or reject the plan and may fix a date for the hearing on confirmation."

WHEREFORE, the Debtors and Debtors in Possession pray that this Honorable Court, pursuant to Federal Rule of Bankruptcy Procedure 3017(c), reset the deadline for impaired

2

creditors to vote on the proposed Amended Plan to April 30, 2010, to accept the Amended Report of Balloting attached to this motion as **Exhibit A**, and to hold a combined confirmation and adequacy hearing on _____, 2010.

Respectfully submitted,

                      CHRISTOPHER EVANS and
                          JUNE LICATA-EVANS

                By:   /s/ Philip Groben
                        One of their attorneys

Forrest L. Ingram
Philip Groben
Michael V. Ohlman
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603-4907
(312) 759-2838
Atty. No. 3129032

3