IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER M. EVANS and. | ) | Judge Jack B. Schmetterer |
| JUNE R. LICATA-EVANS | ) | |
| | ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) | |
| | ) | |

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 2 3 2010
KENNETH S. GARDNER, CLERK
MAILROOM - KC

## BALLOT FOR ACCEPTING OR REJECTING PLAN

### CLASS V BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

CHRISTOPHER M. EVANS and JUNE LICATA-EVANS have filed as Amended Plan of Reorganization (the "Plan") dated February 17, 2010. CHRISTOPHER M. EVANS and JUNE LICATA-EVANS has also filed an Amended Disclosure Statement (the "Disclosure Statement") dated February 17, 2010. The Disclosure Statement and Plan are enclosed. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Forrest L. Ingram, P.C., 79 West Monroe, Suite 900, Chicago, IL 60603 (312) 759-2838

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

Your claim has been placed in Class V under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Clerk of the United States Bankruptcy Court, Dirksen Building - Closing Department, 219 South Dearborn St., 7th Floor, Chicago, IL 60604 on or before March 12, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. The Debtor requests that an additional copy of the completed ballot be mailed to his counsel's address listed herein.

If the Bankruptcy Court confirms the Plan it will be binding on you whether or not you vote.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER M. EVANS and. | ) | Judge Jack B. Schmetterer |
| JUNE R. LICATA-EVANS | ) | |
| | ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) | |
| | ) | |

AMENDED
**ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, the holder of a Class V claim against the Debtor in the unpaid amount of

$ 25,808.97 Dollars ($ twenty-five thousand, eight hundred eight dollars and ninety-seven cents)  Acct. No. xxxx-xxxxxx-x1001

**[Check One Box Only]**

[ X ] ACCEPTS THE PLAN        [  ] REJECTS THE PLAN

DATED: April 19, 2010    Print or type name: Creditor, American Express Centurion Bank
Signed: [signature]
Kenneth W. Kleppinger
Title: Attorneys/Agent for Creditor
Address: c/o Becket & Lee LLP
16 General Warren Blvd., P.O. Box 3001
Malvern, PA 19355

**RETURN THIS BALLOT TO:**
Clerk of the United States Bankruptcy Court
Dirksen Building - Closing Department
219 South Dearborn St.
Chicago, IL 60604

Forrest L. Ingram, P.C.
79 West Monroe Street
Suite 900
Chicago, IL 60603