# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| CASE NAME | Christopher Evans & June Licata-Evans | CASE NUMBER | 09-40000 | CONFIRMATION HEARING DATE | XX/XX/2010 |

## SECTION 1126 BALLOT FORM

| | # BALLOTS CAST | # ACCEPTING | # REJECTING | # ACCEPTING | # REJECTING | CLASS ACCEPTING | CLASS REJECTS |
|---|---|---|---|---|---|---|---|
| CLASS V | 3 | 3 | 0 | $35,954.21 | $0.00 | X | |
| CLASS IV | | | | | | | |
| CLASS III | | | | | | | |
| CLASS II | | | | | | | |

PLAN ACCEPTED    YES ✓    NO

Please note the following provisions of Title 11, Section 1126 of the United States Code

(c) A class of claims has accepted a plan if such plan has been accepted by creditors other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount and more than one-half in number of the allowed claims of such class held by creditors, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.

(d) A class of interests has accepted a plan if such plan has been accepted by holders of such interest, other than any entity designated under subsection (e) of this section, that hold at least two-thirds in amount of the allowed interests of such class held by holders of such interests, other than any entity designated under subsection (e) of this section, that have accepted or rejected such plan.

(e) On request of a party in interest, and after notice and a hearing, the court may designate any entity whose acceptance or rejection of such plan was not in good faith, or was not solicited or procured in good faith or in accordance with the provisions of this title.

Debtors Christopher Evans & June Licata-Evans
NAME OF PLAN PROPONENT

Philip Groben
BY: ATTORNEY OF PLAN PROPONENT