Case 09-40000    Doc 71    Filed 05/20/10    Entered 05/24/10 14:22:51    Desc Main
Document    Page 1 of 1

09-40000:67.5:Motion to Continue/Reschedule Hearing:Proposed Order Entered: 5/3/2010 1:21:06 PM by:Forrest Ingram Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER M. EVANS and. | ) | Judge Jack B. Schmetterer |
| JUNE R. LICATA-EVANS | ) | |
| | ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) | |
| | ) | Hearing: May 20, 2010 at 10:00 |

## ORDER RESETTING THE CONFIRMATION SCHEDULE

The Debtors and Debtors in possession having filed their Amended Disclosure Statement and their Amended Plan on February 17, 2010, requesting this Court to reset the confirmation schedule, IT IS HEREBY ORDERED:

1. The last day for those creditors entitled to vote upon the Debtors' Amended Plan of Reorganization to file written acceptances or rejections with the Clerk of the United States Bankruptcy Court shall be April 30, 2010.

2. The Court accepts Debtors' Amended Report of Balloting on the Amended Plan of Reorganization, attached to Debtors' Motion to Reset the Confirmation Schedule.

3. The combined hearing to consider the adequacy of the Amended Disclosure Statement and, if so approved, confirmation of the Amended Plan, is set for June 22, 2010 at 10:30am in Courtroom 682.

Dated: 5/20/10

BY THE COURT

The Honorable Jack Schmetterer
U.S. Bankruptcy Judge

MAY 2 0 2010

This document was prepared by
Forrest L. Ingram, P.C.