# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER M. EVANS and. | ) | Judge Jack B. Schmetterer |
| JUNE R. LICATA-EVANS | ) | |
| | ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) | |
| | ) | Hearing: June 22, 2010 |

## NOTICE OF MOTION

To: See attached service list

    PLEASE TAKE NOTICE that on June 22, 2010 at 10:00 AM**,** I shall appear before the Honorable Jack B. Schmetterer, or any other Judge sitting in his stead, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and shall then and there present the Debtors' **Motion to Abandon property,** a copy of which is enclosed and is herewith served upon you, and at which time and place you may appear and be heard.

                                                                                   /s/ Philip Groben
                                                                                   One of Debtors' attorneys

Forrest L. Ingram #3129032
Philip Groben
Vik Chaudhry
Michael Ohlman
Forrest L. Ingram P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

    I, Ian Rubenstrunk, a non-attorney, certify that I caused a true and correct copy of the above and foregoing notice and the document to which it refers to be served upon the parties listed below, via electronic delivery and U.S. Mail, as indicated on the list, on June 2, 2010.

                                                                                     /s/ Ian Rubenstrunk

## SERVICE LIST

**Via CM/ECF**
**US Trustee**
William T. Neary
Office of the United States Trustee
Northern District of Illinois
219 S. Dearborn St., Room 873
Chicago, IL 60604

**GMAC Mortgage, LLC**
c/o Yanick Polycarpe
Pierce and Associates, P.C.
1 North Dearborn Suite 1300
Chicago, IL 60602

**American Express**
c/o Kenneth W Kleppinger
Becket and Lee, LLP
16 General Warren Boulevard
P.O. Box 3001
Malvern, Pennsylvania 19355

**Via U.S. Mail**
**Christopher Evans**
526 N. Lombard Ave., Apt. #2
Oak Park, IL 60302

**June R. Licata-Evans**
842 N. Oak Park Ave.
Oak Park, IL 60302

**Countrywide Home Lending**
Attention: Bankruptcy: SV-314B
PO Box 5170
Simi Valley, CA 93062

**E*Trade**
c/o CLC Consumer Services
2730 Liberty Ave.
Pittsburgh, PA 15222

**E*Trade**
PO Box 205
Waterloo, IA 50704

**Orange County Credit Union**
Attn: Account Services
15442 Del Amo Ave.
Tustin, CA 92780

**BAC Home Loans Servicing, LP**
c/o Polk, Prober & Raphael
20750 Ventura Blvd. #100
Woodland Hills, CA 91364-6207

**Discover Student Loans**
PO Box 30947
Salt Lake City, UT 84130-0947

**Chase Bank USA, N.A**.
PO Box 15145
Wilmington, DE 19850-5145

**Amy and Scott Nixon**
526 N Lombard Ave Apt 1
Oak Park, IL 60302-2414

**Discover Bank**
DFS Services LLC
PO Box 3025
New Albany, OH 43054-3025

**Law Offices of Jeffrey M Leving**
19 S LaSalle St
Suite 450
Chicago, IL 60603-1490

**Michael and Bernadine Sainsbury**
1897 Almagro Lane
Escondido, CA 92026-1728

**GMAC Mortgage, LLC**
c/o Pierce & Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, IL 60602-4321

**Nicor Gas**
Attention: Bankruptcy Department
1844 Ferry Road
Naperville, IL 60563-9662

**Discover Bank**
2401 International Ln
Madison, WI 53704-3121

**CitiFinancial Retail Services**
PO Box 140489
Irving, TX 75014-0489

**The Bank of New York Mellon**
c/o BAC Home Loans Servicing, LP
7105 Corporate Drive
PTX-B-35
Plano, TX 75024-4100

**Citi**
PO Box 6241
Sioux Falls, SD 57117-6241

**Internal Revenue Service**
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

**Discover Fin Svcs LLC**
PO Box 15316
Wilmington, DE 19850-5316

**American Express Travel Related Services Co, Inc Corp Card**
PO Box 3001
Malvern, PA 19355-0701

**American Express**
PO Box 0001
Los Angeles, CA 90096-8000

**Department of Treasury**
Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

**Orange County Cr Union**
ATTN: Account Services
15442 Newport Ave
Tustin, CA 92780-6473

**Chase**
Bank One Card Serv
PO Box 182 918 OH
OH 1-0554
Westerville, OH 43081

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER M. EVANS and. | ) | Judge Jack B. Schmetterer |
| JUNE R. LICATA-EVANS | ) | |
| | ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) | |
| | ) | Hearing: February 16, 2010 |

## DEBTORS' MOTION TO ABANDON PROPERTY PURSUANT TO § 554

Debtors and Debtors in Possession, CHRISTOPHER M. EVANS and JUNE R. LICATA-EVANS (collectively the "Debtors"), by and through its attorneys at Forrest L. Ingram, P.C., hereby moves this Honorable Court for entry of an order authorizing abandonment of real estate owned by the Debtors located at 1897 Almagro Lane, Escondido, CA.  In support thereof, the Debtor states as follows:

1.  On October 23, 2009 (the "Petition Date"), the Debtors filed their voluntary petition for relief pursuant to Chapter 11 of the United States Bankruptcy Code, ("Bankruptcy Code"), and has continued in possession of their assets pursuant to Bankruptcy Code §§ 1107 and 1108.

2.  The Debtors currently reside in Oak Park, IL.  Before moving to Illinois, the Debtors resided at 1897 Almagro Lane, Escondido CA (the "Almagro Property").

3.  Section 554 of the Bankruptcy Code grants the trustee the power to abandon any property which is burdensome to the estate or is of inconsequential value and benefit to the estate.

4.  The decision to abandon property of the estate rests in the Debtors' business judgment. *See In re Cult Awareness Network*, 205 B.R. 575, 579 (Bankr. N.D. Ill., 1997).

5.  Debtors' Schedule A lists the fair market value of Almagro at $600,000.00. Zillow.com reports as estimated value as of February 3, 2010 of $468,000.00.

6.  Debtor's schedules lists two secured claims with liens on the Almagro Property. The senior lien is held by Countrywide Home Lending ("Countrywide") in the amount of $491,324.00. The junior lien is held by E*Trade in the amount of $242,175.00. E*Trade, through its loan servicing company CLC Consumer Services, filed Proof of Claim No. 5-1 with a secured claim in the amount of $249,631.32.

7.  Combined, the claim of Countrywide and the claim filed by E*Trade total $740,955.32.

8.  The Debtors possess no equity in the Almagro Property, and it is burdensome to the estate. Due to the liens upon the Almagro Property it is of inconsequential value and benefit to the estate.

WHEREFORE, the Debtors respectfully request that this Court authorize abandonment of the Almagro Property, and for other and further relief as is just and necessary.

    Respectfully submitted,

    CHRISTOPHER EVANS and
       JUNE LICATA-EVANS

    By: /s/ Philip Groben
       One of their attorneys

Forrest L. Ingram #3129032
Philip Groben
Vik Chaudhry
Michael V. Ohlman
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603-4907
(312) 759-2838