IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER M. EVANS and. | ) | Judge Jack B. Schmetterer |
| JUNE R. LICATA-EVANS | ) | |
| | ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) | |
| | ) | Hearing: June 22, 2010 |

## ORDER AUTHORIZING ABANDONMENT OF REAL PROPERTY

This matter came to be heard on the Motion of the Debtors and Debtors In Possession, Christopher Evans and June Licata-Evans (the "Debtors"), to Abandon Real Property, due and proper notice having been provided, and the Court being fully advised in the Premises, it is hereby ordered that the Motion is granted and:

1) The Debtor is authorized to abandon the real property located at 1897 Almagro Lane, Escondido, California (the "Almagro Property").


Dated:                                                              BY THE COURT:


                                                                    _____
                                                                    The Honorable Jack Schmetterer
                                                                    U.S. Bankruptcy Judge


This document was prepared by
Forrest L. Ingram, P.C.