**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER M. EVANS and. | ) | Judge Jack B. Schmetterer |
|    JUNE R. LICATA-EVANS | ) | |
| | ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) | |
| | ) | Hearing: December 20, 2010 at 10:30am |

**NOTICE OF MOTION**

To:     See attached service list

     PLEASE TAKE NOTICE that on December 20, 2010 at 10:30 AM**,** I shall appear before the Honorable Jack B. Schmetterer, or any other Judge sitting in his stead, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and shall then and there present the Debtors' **Motion for Entry of a Final Order and Decree Closing their Chapter 11 Case,** a copy of which is enclosed and is herewith served upon you, and at which time and place you may appear and be heard.

                                                  /s/ Philip Groben_____
                                                  One of Debtors' attorneys

Forrest L. Ingram #3129032
Philip Groben
Michael Ohlman
Forrest L. Ingram P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

**CERTIFICATE OF SERVICE**

     I, Ian Rubenstrunk, a non-attorney, certify that I caused a true and correct copy of the above and foregoing notice and the document to which it refers to be served upon the parties listed below, via electronic delivery and U.S. Mail, as indicated on the list, on December 7, 2010.

                                                    /s/ Ian Rubenstrunk

## SERVICE LIST

**By ECF Notice:**

William T. Neary
Office of the U.S. Trustee, Region 11
219 South Dearborn, 8th Floor
Chicago, IL 60606

GMAC Mortgage, LLC
c/o Yanick Polycarpe
1100 Virginia Drive
P.O. Box 8300
Fort Washington, PA 19034

American Express
c/o Kenneth W Kleppinger,
Becket and Lee
PO Box 3001
Malvern, PA 19355-0701

**By U.S. Post:**

GMAC Mortgage, LLC
1100 Virginia Drive
PO Box 8300
Fort Washington, PA 19034-8300

American Express
Box 0001
Los Angeles, CA 90096-8000

American Express Travel Related Services
Co, Inc. Corp Card
PO Box 3001
Malvern, PA 19355-0701

Chase
Bank One Card Serv.
Westerville, OH 43081

Countrywide Home Lending
Attn: Bankruptcy SV-314B
PO Box 5170
Simi Valley, CA 93062-5170

Discover Bank
2401 International Ln
Madison, WI 53704-3121

E*Trade
2730 Liberty Ave
Pittsburgh, PA 15222-4704

Nicor Gas
Attn: Bankruptcy Department
1844 Ferry Rd
Naperville, IL 60563-9662

BAC Home Loans Servicing, LP
c/o Polk, Prober & Raphael
20750 Ventura Blvd, #100
Woodland Hills, CA 91364-6207

Amy and Scott Nixon
526 N. Lombard Ave, Apt. 1
Oak Park, IL 60302-2414

Chase Bank USA, NA
PO Box 15145
Wilmington, DE 19850-5145

Discover Student Loans
PO Box 30947
Salt Lake City, UT 84130-0947

Discover Bank
DFS Services LLC
PO Box 3025
New Albany, OH 43054-3025

E*Trade
PO Box 205
Waterloo, IA 50704-0205

Law Offices of Jeffrey M. Leving
19 S. LaSalle St, Suite 450
Chicago, IL 60603-1490

Orange County Credit Union
Attn: Account Services
15442 Newport Ave
Tustin, CA 92780-6473

CitiFinancial Retail Services
PO Box 140489
Irving, TX 75014-0489

American Express Centurion Bank
PO Box 3001
Malvern, PA 19355-0701

CLC Consumer Services
Agent for E*Trade
2730 Liberty Ave
Pittsburgh, PA 15222-4704

Citi
PO Box 6241
Sioux Falls, SD 57117-6241

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE 19850-5316

E*Trade Consumer Services
2730 Liberty Ave
Pittsburgh, PA 15222-4704

Michael and Bernadine Sainsbury
1897 Almagro Lane
Escondido, CA 92026-1728

The Bank of New York Mellon
c/o BAC Home Loans Servicing, LP
7105 Corporate Drive
PTX-B-35
Plano, TX 75024-4100

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHRISTOPHER M. EVANS and. | ) | Judge Jack B. Schmetterer |
| JUNE R. LICATA-EVANS | ) | |
| | ) | Case No. 09-40000 |
| Debtors and Debtors in Possession. | ) | |
| | ) | Hearing: December 20, 2010 at 10:30am |

**MOTION FOR ENTRY OF A FINAL ORDER AND DECREE CLOSING CHAPTER 11 CASE**

Debtors and Debtors in Possession, Christopher Evans and June Licata-Evans (the "Debtors"), by and through their attorneys at Forrest L. Ingram, P.C., hereby apply for entry of a final order and decree, closing the above captioned chapter 11 case. In support of this application, the Debtor states:

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. § 1334. This motion constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O). Venue is proper pursuant to §§ 1408 and 1409.

2. Title 11 of the U.S. Code (hereinafter referred to as the "Bankruptcy Code"). Lays forth the statutory requirements for the relief requested herein.

3. The Debtors filed a voluntary petition under chapter 11 of the Bankruptcy Code on October 23, 2009.

4. The Debtors' plan of reorganization was confirmed on June 22, 2010.

5. Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case."

6. Although the meaning of "fully administered" is not settled, courts have determined that it means "the point when the estate reaches substantial consummation as defined by Section

1101(2) of the Bankruptcy Code." *In re Wade*, 991 F.2d 402, 407 n.2 (7th Cir. 1992). Section 1101(2) of the Bankruptcy Code provides that:

> 'Substantial consummation' means –
> (A) transfer of all or substantially all of the property proposed by the plan to be transferred;
> (b) assumption by the debtor or by the successor to the debtors under the plan of the business or of management of all or substantially all of the property dealt with by the plan; and
> (C) commencement of distribution under the plan.

In addition, courts have directed that the following events should be considered when determining if an estate has been fully administered, "1) when the order confirming the plan has become final, 2) when deposits have been distributed, 3) when payments under the plan have been commenced, and 4) when all motions, contested matters, and adversary proceedings have been resolved." *Wade*, 991 F.2d at 407 n.2.

7. The Debtors' estate has been fully administered for the following reasons:

    a. The order confirming the plan on June 22, 2010 has become final.

    b. The Debtors have paid the administrative priority claims of the bankruptcy estate.

    c. The Debtors and the Internal Revenue Service have resolved the amount due for the tax period ending December 31, 2007 and the Debtors have begun plan payments. See **Exhibit A**.

    d. There are no contested matters and no adversary proceedings to resolve.

8. Payments to the General Unsecured Creditors will begin in December 2013. The Debtor is current in the amounts owed to the United States Trustee's Office.

9. Since the Debtors are individuals, and the their resources are limited, they ask this Court to and allow the case to close on December 20, 2010 to avoid incurring further costs associated with keeping a chapter 11 case open.

10. Pursuant to Local Rule 3022-1 notice of this motion has gone to all creditors.

WHEREFORE, the Debtors and Debtors in Possession pray that this Honorable Court enter a final decree, closing the chapter 11 case.  Debtors also ask for such further relief as ma be just.

Respectfully submitted,

                                                  CHRISTOPHER M. EVANS and
                                                      JUNE R. LICATA EVANS

                                By:    /s/  Philip Groben
                                        One of their attorneys

Forrest L. Ingram, P.C.
Philip Groben
79 West Monroe Street, Suite 900
Chicago, IL 60603-4907
(312) 759-2838