UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 09-40000 |
| Christopher M. Evans and June R. Licata-Evans | ) ) ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE CLOSING CHAPTER 11 CASE**

This cause coming to be heard on the Debtors' Motion to Enter a Final Decree Closing their Chapter 11 Case, pursuant to 11 U.S.C. section 350, Bankruptcy Rule 3022, and Local Rule 3022-1, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter, and being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1) A Final Decree closing the Debtors' chapter 11 Case is hereby entered.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: JAN 31 2011

**Prepared by counsel of Movant:**

Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603-4907
(312) 759-2858

Rev: 20101008_bko